UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ELECHI N. OTI | § | |
| --- | --- | --- |
| Movant, | § | |
| | § | 3:18-CV-196-B-BT |
| v. | § | 3:13-CR-481-B (4) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

In the event Movant will file a notice of appeal, the court notes that she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SO ORDERED this 24th day of July, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ELECHI N. OTI | § | |
|    Movant, | § | |
| | § | 3:18-CV-196-B-BT |
| v. | § | 3:13-CR-481-B (4) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|    Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Movant filed objections, and the Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

In the event Movant will file a notice of appeal, the court notes that she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SO ORDERED this ____ day of _____, 2018.

 

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE